# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTA BOB,<br><br>      Plaintiff<br><br>      v.<br><br>CITY OF LONG BEACH, *et al.*,<br><br>      Defendants. | Case No. 2:22-cv-2127-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: July 21, 2022.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE